[No. 11093–8–II. Division Two. October 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD MICHAEL HUDGENS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–1–00215–2, Ted Kolbaba, J., entered May 29, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 11210–8–II. Division Two. October 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. BRUCE J. HARVEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 87–8–00254–7, Thurman Lowans, J. Pro Tem., entered July 6, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 10966–2–II. Division Two. October 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LAFAYETTE DEAN BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 84–1–00334–9, James I. Maddock, J., entered April 13, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.